UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELLE M. GRACE,<br><br>    Plaintiff,<br>vs.<br><br>RESTORATION & RENOVATIONS, INC.,<br>d/b/a PREMIER COUNTERTOPS, a<br>Nebraska Corporation, and MAURICE<br>LUDWICK, an individual,<br><br>    Defendants, | CASE NO. 8:15-CV-00165<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

THIS MATTER came before the Court on September 7, 2016, on the Parties' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE.

THE COURT FINDS that based on the STIPULATIONS contained in the parties' stipulation, the obligations of the parties have been met, the Settlement Agreement has been fulfilled, and this Litigation should be dismissed in its entirety as to all named parties, with prejudice, and without costs or fees.

THEREFORE, the Court finds that the Parties' JOINT STIPULATED MOTION should be, GRANTED.  This Litigation is hereby DISMISSED WITH PREJUDICE in its entirety as to all named Parties, each party to bear their own costs and fees.

IT IS SO ORDERED

DATED this 8th day of September, 2016.

                                                          ___s/ Joseph F. Bataillon_____

                                                          Joseph F. Bataillon
                                                          Senior United States District Judge